McGREGOR W. SCOTT
United States Attorney
GARY M. LEUIS
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-po-00327-SAB |
|---|---|
| Plaintiff, | [Citation #6238203] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| KIMBERLY BURDETT | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Gary M. Leuis, Special Assistant United States Attorney, hereby moves to dismiss Case No. 2:18-po-00327-SAB [Citation #6238203] against KIMBERLY BURDETT without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 19, 2018    Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:   /s/ Gary M. Leuis
GARY M. LEUIS
Special Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that Case Number 2:18-po-00327-SAB [Citation #6238203] against KIMBERLY BURDETT be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**December 20, 2018**__

UNITED STATES MAGISTRATE JUDGE

2

U.S. v. Burdett
Case No. 2:18-po-00327-SAB